```
 1  BRYAN H. BLACKWELL, ESQ.
    Nevada Bar No.  12558
 2  RICHARD HARRIS LAW FIRM
 3  801 South Fourth Street
    Las Vegas, Nevada 89101
 4  Phone (702) 444-4444
    Fax (702) 444-4455
 5  E-Mail: Bryan.Blackwell@richardharrislaw.com
    Attorney for Plaintiff
 6  *Attorneys for Defendant*
 7  *Wal-Mart Stores, Inc.*
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LUCINDA CRAIG,<br>　　　　　　　Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC.; DOES 1-20 and ROE BUSINESS ENTITIES 1-20, inclusive,<br><br>Defendants. | 2:16-cv-01020-JCM-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>[**Third Request**] |

COME NOW, Plaintiff Lucinda Craig (hereinafter "Plaintiff"), by and through her counsel of record, Bryan Blackwell, Esq. of Richard Harris Law Firm, and Defendant Wal-Mart Stores, Inc. ("Wal-Mart"), by and through its counsel of record, Ryan Kerbow, Esq. of the law firm of Phillips, Spallas & Angstadt, LLC, and hereby stipulate to modify the scheduling order. Pursuant to Local Rule 6-1(b), the parties state that this is their third request for such leave.

**DISCOVERY COMPLETED TO DATE**

• The parties have exchanged initial disclosures of documents and the names of individuals with knowledge of the facts pertaining to the claims set forth in this matter.

• Wal-Mart responded to Plaintiff's propounded written discovery requests, including Interrogatories and Requests for Production of Documents to Defendant.

• Wal-Mart propounded a First Set of Interrogatories and First Set of Requests for Production of Documents. Plaintiff has served responses.

- 1 -

- Plaintiff has been deposed.
- Plaintiff underwent an FRCP 35 Examination by Wal-Mart's retained expert physician.
- Plaintiff has served her initial expert disclosures.
- Defense has served its initial expert disclosures.
- Defense has served rebuttal expert disclosures.
- Plaintiff has deposed Walmart's Rule 30(b)(6) representative.
- Walmart has deposed Plaintiff's retained expert witnesses.
- Walmart has deposed certain of Plaintiff's treating physicians.
- Plaintiff has deposed Walmart's retained expert, Dr. Ewers.
- The parties have deposed fact witness, Daria Lee.

## REASONS FOR EXTENSION TO COMPLETE DISCOVERY

The parties aver, pursuant to Local Rule 6-1(b), good cause exists for a 30-day extension of discovery deadlines. As a result of Wal-Mart's motion for Rule 37(c) sanctions [ECF No. 15], the Court ordered that Wal-Mart may disclose additional affirmative expert opinions by June 15, 2017. However, because – unbeknownst to Wal-Mart – certain key medical imaging files pertaining to Plaintiff's claimed injuries that Wal-Mart obtained through discovery were corrupted and unviewable, a fact Wal-Mart learned of only recently from Wal-Mart's medical expert, Wal-Mart is having to re-order and re-obtain said medical imaging. Said medical imaging is necessary for the additional expert opinions that Wal-Mart will disclose. As such, a brief extension is needed.

## CURRENT DISCOVERY DEADLINES

| | |
|---|---|
| Deadline for Wal-Mart to make expert disclosures: | 6/15/17 |
| Deadline to Plaintiff to make rebuttal expert disclosures: | 7/15/17 |

## [PROPOSED] NEW DISCOVERY DEADLINES

| | |
|---|---|
| Deadline for Wal-Mart to make expert disclosures: | 7/15/17 |
| Deadline to Plaintiff to make rebuttal expert disclosures: | 8/14/17 |

| | |
|---|---|
| DATED this 13th day of June, 2017 | DATED this 13th day of June, 2017 |
| RICHARD HARRIS LAW FIRM | PHILLIPS, SPALLAS & ANGSTADT LLC |
| */s/ Bryan Blackwell* | */s/ Ryan Kerbow* |
| ──────────────────── | ──────────────────── |
| BRYAN H. BLACKWELL, ESQ.<br>Nevada Bar No.12558<br>RICHARD HARRIS LAW FIRM<br>801 S. Fourth Street<br>Las Vegas Nevada, NV 89101<br>bryan.blackwell@richardharrislaw.com | Ryan M. Kerbow, Esq.<br>Nevada Bar. No. 9800<br>PHILLIPS, SPALLAS & ANGSTADT, LLC<br>504 South Ninth Street<br>Las Vegas, Nevada 89101<br>rkerbow@psalaw.net |
| *Attorneys for Plaintiff*<br>*Lucinda Craig* | *Attorneys for Defendant*<br>*Wal-Mart Stores, Inc.* |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: June 14, 2017