1  ROBERT K. PHILLIPS
   Nevada Bar No. 11441
2  RYAN KERBOW
   Nevada Bar No. 11403
3  **PHILLIPS, SPALLAS & ANGSTADT LLC**
4  504 South Ninth Street
   Las Vegas, Nevada 89101
5  (702) 938-1510
   (702) 938-1511 (Fax)
6  rphillips@psalaw.net
7  rkerbow@psalaw.net

8  *Attorneys for Defendant*
   *Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LUCINDA CRAIG,<br><br>　　　　　Plaintiff,<br>v.<br>WAL-MART STORES, INC.; DOES 1-20 and ROE BUSINESS ENTITIES 1-20, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:16-cv-01020-JCM-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

//
//
//
//
//
//
//
//

party's own costs and attorney's fees.

DATED this 5 day of April, 2018.    DATED this 10th day of April, 2018

**RICHARD HARRIS LAW FIRM**          **PHILLIPS, SPALLAS & ANGSTADT**

#13362

Benjamin P. Cloward Esq.             Ryan Kerbow, Esq.
Nevada Bar No. 011087                Nevada Bar No. 11403
801 S. Fourth St.                    504 South Ninth Street
Las Vegas, Nevada 89101              Las Vegas, Nevada 89101
*Attorneys for Plaintiff*            *Attorneys for Defendant*
*Lucinda Craig*                      *Wal-Mart Stores, Inc.*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED April 10, 2018.

_____
**UNITED STATES DISTRICT JUDGE**